# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEON COWAN, Derivatively on Behalf of UNITEDHEALTH GROUP INCORPORATED,<br><br>                Plaintiff,<br>v.<br><br>ANDREW P. WITTY, STEPHEN HEMSLEY, CHARLIE BAKER, TIMOTHY P. FLYNN, PAUL R. GARCIA, KRISTEN L. GIL, MICHELE J. HOOPER, F. WILLIAM MCNABB, III, VALERIE MONTGOMERY RICE, and JOHN H. NOSEWORTHY,<br><br>              Defendants,<br><br>and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>              Nominal Defendant. | Case No. 0:25-cv-03242-LMP-DJF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND AND STAY ACTION** |

The above-captioned stockholder derivative action (the "Action") was filed in this Court by Plaintiff Leon Cowan ("Plaintiff") on August 13, 2025 against Andrew P. Witty, Stephen Hemsley, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gil, Michelle J. Hooper, F. William McNabb, III, Valerie Montgomery Rice, and John H. Noseworthy (collectively, the "Individual Defendants"), who are current and former directors and officers of nominal defendant UnitedHealth Group Incorporated ("UHG" or the "Company") (the Company and the Individual Defendants are collectively referred to

herein as the "Defendants," and Plaintiff and Defendants are collectively referred to herein as the "Parties"). The Parties, having agreed as follows, hereby respectfully move the Court for an Order extending the deadline for Defendants to respond to the Complaint and staying the Action. In support of their motion, the Parties state:

1. A class action alleging violation of the federal securities laws was filed against UHG and certain of its officers on May 14, 2024 and is pending in this Court: *CalPERS v. UnitedHealth Group, et al.*, Case No. 24-cv-1743 (D. Minn) (the "Federal Securities Class Action").

2. The Parties agree that the allegations in the Action have substantial overlap with the allegations and circumstances alleged in the Federal Securities Class Action, and the developments in the Federal Securities Class Action could implicate the efficient prosecution of the Action.

3. The Parties have conferred and agree that, in light of the above, efforts should be made to work cooperatively to conserve the Court's and the Parties' resources and promote just and efficient case management.

4. The Parties agree that a stay of the Action, under the conditions described in the Proposed Order filed herewith, will help further those efforts. The Parties do not waive any rights or defenses not specifically addressed therein.

5. The Parties further request the Court to issue an order that relieves Defendants of their obligation to answer, move, or otherwise respond to the Complaint that has been filed in the Action, subject to the conditions described in the Proposed Order filed herewith.

Date: August 29, 2025                              Respectfully submitted,

*/s/ Peter C. Magnuson*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Michael G. Bongiorno (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
michael.bongiorno@wilmerhale.com
Telephone: 212-230-8800
Facsimile: 212-230-8888

Timothy J. Perla (*pro hac vice*)
Sonia Sujanani (*pro hac vice*)
Dan Willey (*pro hac vice*)
60 State Street
Boston, MA 02109
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com
dan.willey@wilmerhale.com
Telephone: 617-526-6000
Facsimile: 617-526-5000

**FAEGRE DRINKER BIDDLE & REATH LLP**

Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
Anderson C. Tuggle
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
peter.magnuson@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
anderson.tuggle@faegredrinker.com
Telephone: 612-766-7000

*Counsel for Defendants*

*/s/ Shawn M. Perry (with permission)*

**GAINEY McKENNA & EGLESTON**

Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
tjmckenna@gme-law.com
gegleston@gme-law.com
Telephone: 212-983-1300
Facsimile: 212-983-0383

**PERRY & PERRY, PLLP**

Shawn M. Perry
950 Wayzata Blvd. E., Suite 103
Wayzata, MN 55391
shawn.perry@pppllp.com
Telephone: 952-546-3845

*Counsel for Plaintiff*